Arby Aiwazian (SBN 269827)
arby@calljustice.com
Elizabeth Parker-Fawley (SBN 301592)
elizabeth@calljustice.com
**LAWYERS for JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

Barbara J. Miller, Bar No. 167223
Samuel S. Sadeghi, Bar No. 311785
Kevin J Bohm, Bar No. 329569
Hannah V. Schnell, Bar No. 347467
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:   +1.714.830.0700
barbara.miller@morganlewis.com
sam.sadeghi@morganlewis.com
kevin.bohm@morganlewis.com
hannah.schnell@morganlewis.com

Attorneys for Defendants
OFFICE DEPOT, LLC and THE ODP CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BENGE, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, LLC, a Delaware limited liability, OFFICE DEPOT, INC., a Delaware corporation; THE ODP CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 2:24-cv-00749-DJC-DB<br><br>Judge: Hon. Daniel J. Calabretta<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Removal Date:   March 11, 2024<br>FAC:                   April 23, 2024<br>Jury Trial Date:    None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Christopher Benge ("Plaintiff") and Defendants Office Depot, LLC (formerly Office Depot, Inc.) and The ODP Corporation ("Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on January 22, 2024, Plaintiff commenced a putative wage-and-hour class action against Defendants by filing a Class Action Complaint for Damages ("Complaint") in the Superior Court of Placer, entitled *Christopher Benge v. Office Depot, LLC, Office Depot, Inc., The ODP Corporation, and Does 1 through 100*, Case No. S-CV-0052031.

**WHEREAS**, on March 11, 2024, Defendants removed the action (Dkt. No. 1) to the United Stated States District Court for the Eastern District of California ("Court"), Case No. 2:24-cv-00749-DJC-DB ("Action");

**WHEREAS**, on March 18, 2024, Defendants filed their Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt. No. 8);

**WHEREAS**, on April 1, 2024, Plaintiff filed his Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 9);

**WHEREAS**, on April 12, 2024, the Court denied Defendants' Motion to Dismiss without prejudice.

**WHEREAS**, on April 23, 2024, Plaintiff filed his First Amended Class Action Complaint for Damages ("FAC");

**WHEREAS**, on April 29, 2024, the Parties telephonically conferred regarding Defendants' contemplated motion to dismiss the FAC pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, on May 2, 2024, the Parties agreed to file a stipulation to request an order by this Court permitting Plaintiff to file a second amended

complaint and reserving Defendants' rights to file a responsive pleading, including, any motion, within 30 days after service of the second amended complaint;

**WHEREAS**, attached hereto as "**Exhibit A**" is a true and correct copy of Plaintiff's proposed Second Amended Class Action Complaint for Damages; and

**WHEREAS**, the Parties have not previously stipulated to request an order permitting Plaintiff leave to file an amended complaint.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, TO REQUEST AN ORDER FROM THIS COURT AS FOLLOWS:**

1. Plaintiff shall be granted leave to file his Second Amended Class Action Complaint for Damages, attached hereto as "**Exhibit A**," within seven (7) court days of the Court's order granting this stipulation; and
2. Defendants are permitted to file a responsive pleading, including any motion, within 30 days after service of the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 3, 2024         **LAWYERS *for* JUSTICE**

By  /s/ Elizabeth Parker-Fawley
   Arby Aiwazian
   Elizabeth Parker-Fawley
   Attorneys for Plaintiff
   CHRISTOPHER BENGE

Dated: May 3, 2024         **MORGAN, LEWIS & BOCKIUS LLP**

By  /s/ Samuel S. Sadeghi
   Barbara J. Miller
   Samuel S. Sadeghi
   Kevin J. Bohm
   Hannah V. Schnell
   Attorneys for Defendants
   OFFICE DEPOT, LLC and THE ODP CORPORATION

**ORDER**

Pursuant to the above Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff is granted leave to file his Second Amended Class Action Complaint for Damages, within seven (7) court days of this Order.

2. Defendants are permitted to file a responsive pleading, including, any motion, within 30 days after service of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: May 6, 2024            /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE