Melissa R. Rinehart (Cal. State Bar No. 331315)
  m.rinehart@calljustice.com
Sloan M. Weinberg (Cal. State Bar No. 360567)
  sloan@calljustice.com
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff
CHRISTOPHER BENGE

Barbara J. Miller (Cal. State Bar No. 167223)
  barbara.miller@morganlewis.com
Samuel S. Sadeghi (Cal. State Bar No. 311785)
  sam.sadeghi@morganlewis.com
Kevin J Bohm (Cal. State Bar No. 329569)
  kevin.bohm@morganlewis.com
Hannah V. Schnell (Cal. State Bar No. 347467)
  hannah.schnell@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  +1.714.830.0600
Fax:  +1.714.830.0700

*Attorneys for* Defendants
OFFICE DEPOT, LLC and
THE ODP CORPORATION

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BENGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, LLC a Delaware limited liability company; OFFICE DEPOT, INC., a Delaware Corporation; THE ODP CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-00749-DJC-DB<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th floor<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>Complaint Filed:  January 22, 2024<br>Removed:  March 11, 2024<br>FAC Filed:  April 23, 2024<br>SAC Filed:  May 13, 2024<br>TAC Filed:  September 3, 2024<br>4AC Filed:  March 6, 2025<br>Trial Date:  None Set |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

1  Plaintiff Christopher Benge ("Plaintiff"), and Defendants Office Depot, LLC
2  (formerly, Office Depot, Inc.) and The ODP Corporation ("Defendants") (collectively, the
3  "Parties"), by their counsel, hereby stipulate to extending the time, by ten (10) days,
4  through and including July 25, 2025, for Plaintiff to file a motion to strike Defendants'
5  Answer to Plaintiff's Fourth Amended Complaint, pursuant to Federal Rule of Civil
6  Procedure 6(b) and this Court's Standing Order in Civil Cases. (*See* Dkt. No. 2-1).

7  WHEREAS, Plaintiff filed his Fourth Amended Class Action Complaint for
8  Damages ("4AC") on March 6, 2025;

9  WHEREAS, Defendants filed their Answer to Plaintiff's 4AC on June 24, 2025
10 (the "Answer");

11 WHEREAS, on July 8, 2025, Plaintiff's counsel emailed Defendants' counsel to
12 request to schedule a meet-and-confer telephone discussion about Plaintiff's
13 contemplated motion to strike Defendants' affirmative defenses from the Answer and
14 provided some examples and legal authorities;

15 WHEREAS, pursuant to Federal Rule of Civil Procedure 12(f)(2), Plaintiff's
16 deadline to file a motion to strike Defendants' affirmative defenses from the Answer is
17 July 15, 2025;

18 WHEREAS, Plaintiff contends that Melissa R. Rinehart, lead counsel for Plaintiff,
19 is unavailable from July 11, 2025 to July 18, 2025 and will be without access to internet
20 or telephone service;

21 WHEREAS, counsel for the Parties discussed Plaintiff's contemplated Motion to
22 Strike by phone on July 10, 2025, but were unable to exhaust meet and confer efforts,
23 and intend to have further discussions on or about July 21, 2025;

24 WHEREAS, Defendants agree to stipulate to extend Plaintiff's deadline to file a
25 motion to strike Defendants' affirmative defenses from the Answer to accommodate
26 Plaintiff's counsel's schedule and allow time to schedule a meet-and-confer discussion
27 regarding Plaintiff's contemplated motion to strike Defendants' affirmative defenses
28 from the Answer;

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

WHEREAS, in the interests of efficiency and judicial economy, the Parties would like the opportunity to exhaust their meet and confer efforts in the hopes of avoiding motion practice or, at the very least, to narrow the scope of items to be addressed in Plaintiff's contemplated Motion to Strike;

WHEREAS, there have been no prior requests for extensions to Plaintiff's July 15, 2025 deadline to file his contemplated motion to strike;

WHEREAS, the Parties hereby stipulate and agree to extend Plaintiff's July 15, 2025 deadline to file a motion to strike Defendants' affirmative defenses from the Answer by ten (10) calendar days to Friday, July 25, 2025.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, TO REQUEST AN ORDER FROM THIS COURT AS FOLLOWS:**

1. Plaintiff's July 15, 2025 deadline to file his contemplated motion to strike Defendants' affirmative defenses from Defendants' Answer to Plaintiff's 4AC pursuant to Federal Rule of Civil Procedure 12(f) is extended by ten (10) calendar days to Friday, July 25, 2025.

**IT IS SO STIPULATED.**

Dated: July 10, 2025                     LAWYERS *for* JUSTICE, PC

                                         By: */s/ Melissa R. Rinehart*
                                             Melissa R. Rinehart
                                             Sloan M. Weinberg
                                             *Attorneys for* Plaintiff
                                             CHRISTOPHER BENGE

Dated: July 10, 2025                     MORGAN, LEWIS & BOCKIUS LLP

                                         By: */s/ Samuel S. Sadeghi*
                                             Barbara J. Miller
                                             Samuel S. Sadeghi
                                             Kevin J. Bohm
                                             Hannah V. Schnell
                                             *Attorneys for* Defendants
                                             OFFICE DEPOT, LLC and THE ODP CORPORATION

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

## ORDER

Pursuant to the above Stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT**, Plaintiff's July 15, 2025 deadline to file his contemplated motion to strike Defendants' affirmative defenses from Defendants' Answer to Plaintiff's Fourth Amended Class Action Complaint for Damages pursuant to Federal Rule of Civil Procedure 12(f) is extended by ten (10) calendar days to Friday, July 25, 2025.

**IT IS SO ORDERED.**

Dated: July 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**