Melissa R. Rinehart (Cal. State Bar No. 331315)
    m.rinehart@calljustice.com
Sloan M. Weinberg (Cal. State Bar No. 360567)
    sloan@calljustice.com
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021
*Attorneys for* Plaintiff
CHRISTOPHER BENGE

*Additional Attorneys on Following Page*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BENGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, LLC a Delaware limited liability company; OFFICE DEPOT, INC., a Delaware Corporation; THE ODP CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00749-DJC-SCR<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th floor<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FURTHER STATUS REPORT AND PLAINTIFF'S MOTION TO STRIKE PENDING MEDIATION**<br><br>Complaint Filed: January 22, 2024<br>Removed: March 11, 2024<br>FAC Filed: April 23, 2024<br>SAC Filed: May 13, 2024<br>TAC Filed: September 3, 2024<br>4AC Filed: March 6, 2025<br>Trial Date: None Set |

Barbara J. Miller (Cal. State Bar No. 167223)
  *barbara.miller@morganlewis.com*
Samuel S. Sadeghi (Cal. State Bar No. 311785)
  *sam.sadeghi@morganlewis.com*
Kevin J Bohm (Cal. State Bar No. 329569)
  *kevin.bohm@morganlewis.com*
Hannah V. Schnell (Cal. State Bar No. 347467)
  *hannah.schnell@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  +1.714.830.0600
Fax: +1.714.830.0700
*Attorneys for* Defendants
OFFICE DEPOT, LLC and
THE ODP CORPORATION

**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

Plaintiff Christopher Benge ("Plaintiff"), and Defendants Office Depot, LLC (formerly, Office Depot, Inc.) and The ODP Corporation ("Defendants") (collectively, the "Parties"), by their counsel, hereby stipulate to extend the deadlines for the Further Joint Status Report and Plaintiff's motion to strike Defendants' affirmative defenses from the Answer to Plaintiff's Fourth Amended Complaint pending the Parties' agreement to attend private mediation on July 31, 2025. This Stipulation and [Proposed] Order is submitted pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order in Civil Cases. (*See* Dkt. No. 2-1).

WHEREAS, Plaintiff filed his Fourth Amended Class Action Complaint for Damages ("4AC") on March 6, 2025;

WHEREAS, Defendants filed their Answer to Plaintiff's 4AC on June 24, 2025 (the "Answer");

WHEREAS, from July 11, 2025 to July 18, 2025, Melissa R. Rinehart, lead counsel for Plaintiff, was unavailable with limited access to internet and telephone service;

WHEREAS, on July 14, 2025, this Court issued an Order granting the Parties' stipulation to continue Plaintiff's July 15, 2025 deadline to file a motion to strike Defendants' affirmative defenses from the Answer by ten (10) calendar days to Friday, July 25, 2025;

WHEREAS, the Parties subsequently agreed to attend a private mediation with mediator, Mike Young, Esq., on July 31, 2025 in an attempt to reach a resolution in this Action, along with three other pending class and PAGA actions, entitled: (1) *Benge v. Office Depot, LLC, et al.* (PAGA), Los Angeles County Superior Court Case No. 24SMCV00341; (2) *Pai v. The ODP Corporation, et al.* (Class), United States District Court Northern District of California Case No. 3:23-cv-03279-EMC; (3) and *Pai v. The ODP*

*Corporation, et al.* (PAGA), Alameda Superior Court Case No. 23CV040126;

WHEREAS, on July 17, 2025, this Court ordered the Parties to file a Further Joint Status Report with proposed hearing dates and deadlines by July 31, 2025;

WHEREAS, in the interests of efficiency and judicial economy, the Parties would like the opportunity to complete mediation before the Parties are required to file a Further Joint Status Report and Plaintiff may file a Motion to Strike so that the Parties can focus their efforts toward a possible resolution at the July 31, 2025 mediation;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, TO REQUEST AN ORDER FROM THIS COURT AS FOLLOWS:**

1. Plaintiff's July 25, 2025 deadline to file his contemplated motion to strike Defendants' affirmative defenses from Defendants' Answer to Plaintiff's 4AC pursuant to Federal Rule of Civil Procedure 12(f) is extended to Monday, August 29, 2025.
2. The Parties' July 31, 2025 deadline to file a Further Status Report is extended to Monday, August 29, 2025.

**IT IS SO STIPULATED.**

Dated:     July 22, 2025         MORGAN, LEWIS & BOCKIUS LLP
                                  By: */s/* Samuel S. Sadeghi
                                      Barbara J. Miller
                                      Samuel S. Sadeghi
                                      Kevin J. Bohm
                                      Hannah V. Schnell
                                      *Attorneys for* Defendants
                                      OFFICE DEPOT, LLC and THE ODP CORPORATION

1 | Dated:   July 22, 2025

LAWYERS *for* JUSTICE, PC
By: */s/* Melissa R. Rinehart
Melissa R. Rinehart
Sloan M. Weinberg
*Attorneys for* Plaintiff
CHRISTOPHER BENGE

# ORDER

Pursuant to the above Stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT**, Plaintiff's July 25, 2025 deadline to file his contemplated motion to strike Defendants' affirmative defenses from Defendants' Answer to Plaintiff's Fourth Amended Class Action Complaint for Damages pursuant to Federal Rule of Civil Procedure 12(f) is extended to Monday, August 29, 2025.  The Parties' July 31, 2025 deadline to file a Further Status Report is extended to Monday, August 29, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025             /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE